**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                                                   Case No. 17-23168-JKO

JEFFREY WAYNE DIAL                                                      Chapter 7

      Debtor.
_____/

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(X)    The Trustee has a balance of $10,878.20 remaining in her bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )    The Trustee has a balance of $ remaining in her bank account which represents small dividends as defined by F.R.B.P. 3010.

Attached and made apart of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to affect closing of this estate.

Dated: January 7, 2020                      /s/ Sonya S. Slott, Trustee
                                                               Sonya S. Slott, Trustee
                                                               P.O. Box 15580
                                                               Plantation, FL 33318
                                                               (954) 423-4469

Cc:
Via CM/ECF:
Assistant U.S. Trustee's Office
USTPRegional21.MM.ECF@usdoj.gov

**CASE NO.: 17-23168-JKO**

| Claim # | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
|  | JEFFREY WAYNE DIAL<br>5907 LEE ST<br>HOLLYWOOD, FL 33021 | $10,878.20 | $10,878.20 |
| **Total:** |  |  | **$10,878.20** |